No. 171. KING v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, *ante*, p. 153. Rehearing denied.

No. 214. SUTTLE, ADMINISTRATRIX, v. REICH BROS. CONSTRUCTION CO. ET AL., *ante*, p. 163. Rehearing denied.

No. 509. RANDALL v. UNITED STATES, *ante*, p. 856. Rehearing denied.

No. 554. PRINCIPALE v. GENERAL PUBLIC UTILITIES CORP. ET AL., *ante*, p. 844. Rehearing denied.

No. 630. KING ET AL. v. PRIEST ET AL., *ante*, p. 852. Rehearing denied.

No. 9, Misc. WAGNER v. HUNTER, WARDEN, 332 U. S. 776. Rehearing denied.

No. 164, Misc. MCGUIRE ET AL. v. UNITED STATES, *ante*, p. 846. Rehearing denied.

No. 249, Misc. KAUFMAN v. UNITED STATES, *ante*, p. 857. Rehearing denied.

APRIL 26, 1948.

No. 719. SCHENLEY DISTILLING CORP. ET AL. v. ANDERSON, SECRETARY OF AGRICULTURE.

*Per Curiam:* The parties being in agreement that the cause is moot, the motion to dismiss is granted and the appeal is dismissed. *Robert S. Marx* and *Henry H. Fowler* for appellants. *Solicitor General Perlman* for appellee.